


SEALED FILED

APR 23 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   Acting United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Search Warrant, | MISC. NO. |
| B REAL, a clothing and accessory store, located at the Westfield Downtown Plaza, at 545 Downtown Plaza, Sacramento, CA 95814. | 2:10-SW-0193  GGH |

The United States hereby applies for an order sealing the Search Warrant Affidavit and related documents in this matter, as well as this Application for Sealing Order and Order, on the grounds stated in the attached affidavit.

DATED: 4/15, 2010

_____
ROBIN R. TAYLOR
Assistant U.S. Attorney

1

## ORDER

The Court hereby orders that the Affidavit to the Search Warrant and related documents shall be sealed until further order of the Court or until the arrest of a defendant in this case, whichever comes first.

DATED: April 16, 2010

GREGORY G. HOLLOWS
HON. GREGORY G. HOLLOWS
U.S. Magistrate Judge