Case 2:10-sw-00193-GGH   Document 4   Filed 04/06/12   Page 1 of 2



```
1   BENJAMIN B. WAGNER
    United States Attorney
2   TODD A. PICKLES
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA  95814
4   Telephone: (916) 554-2700
    Facsimile: (916) 554-2900
5
    Attorneys for the United States of America
6
7
8              IN THE UNITED STATES DISTRICT COURT
9                 EASTERN DISTRICT OF CALIFORNIA
10
```

| | |
|---|---|
| IN RE: SEARCH WARRANT FOR B REAL CLOTHING AND ACCESSORY STORE, LOCATED AT 545 DOWNTOWN PLAZA, SACRAMENTO, CA 95814. | CASE NO. 2:10-sw-0193 GGH<br><br>REQUEST TO UNSEAL SEARCH WARRANT AND [PROPOSED] ORDER   DAD |

**REQUEST TO UNSEAL**

TO THE HONORABLE DALE A. DROZD, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Todd A. Pickles, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1.  On April 23, 2010, this Court, the Honorable Gregory G. Hollows presiding, issued an order sealing the search warrant, application, and supporting affidavit in the above-referenced case until the arrest of the defendants or further order of the Court.

2.  On July 29, 2011, Cem Kiyak was arrested on an indictment in the <u>United States v. Kiyak</u>, 2:11-cr-00274 JAM, which relates to the above-referenced case. Due to an oversight, the United States did not request the unsealing of the search warrant at that time. It is now necessary to unseal the search warrant and related documents.

Request to Unseal and [Proposed] Order

1

1  THEREFORE, your petitioner prays that the aforesaid search warrant, application, and
2  affidavit, and as well as the Petition to Seal, and the Order sealing these documents be unsealed and
3  made part of the public record.

5  Dated: April 6, 2012                                         Respectfully submitted,

6                                                               BENJAMIN B. WAGNER
7                                                               U.S. ATTORNEY
                                            By:  _____
8                                                               TODD A. PICKLES
                                                                Assistant U.S. Attorney

## [PROPOSED] ORDER

The Court hereby orders that the search warrant, application, and supporting affidavit in case No. 2:10-sw-00193 GGH, as well as the Petition to Seal, and the Order sealing these documents, shall be unsealed and made part of the public record.

DATED: 4/6/12

_____
HON. DALE A. DROZD
United States Magistrate Judge

Request to Unseal and [Proposed] Order

2